NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEREMY McARTHUR THOMAS, )
)
    Appellant, )
)
v. ) Case No. 2D17-3034
)
STATE OF FLORIDA, )
)
    Appellee. )
                                   )

Opinion filed March 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; J. Rogers Padgett,
Senior Judge.

Jeremy McArthur Thomas, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, BLACK, and SALARIO, JJ., Concur.